

# Fourth Court of Appeals
## San Antonio, Texas

January 13, 2021

No. 04-20-00531-CV

Janet **AHMAD**,
Appellant

v.

**BLUFFVIEW GREENS HOMEOWNERS ASSOCIATION, INC.**, Joseph Battaglia, David M. Garrett, Allan R. Manka, and Firstservice Residential San Antonio, LLC,
Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI02963
Honorable Cynthia Marie Chapa, Judge Presiding

# O R D E R

Appellant's unopposed second motion for an extension is granted. We order the appellant's brief due by January 18, 2021.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of January, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court

